UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

In Re:  Seth T. Carey, Esq.         Misc. No.  : 2:18-mc-00122-NT

ORDER

Respondent Seth T. Carey having shown no good cause why this Court should not impose the reciprocal discipline in its previous order (*Order to Show Cause*, ECF No. 1), it is hereby ORDERED, pursuant to Local Rule 83.3, that Seth T. Carey is suspended from the practice of law in this Court.

   /s/ Nancy Torresen
Nancy Torresen
Chief District Judge

Dated:   May 24, 2018